Jonathan A. Ross, Esq., State Bar No. 146973
jross@bglawyers.com
Laura M. LeFeuvre, Esq., State Bar No. 291964
llefeuvre@bglawyers.com
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone:  (818) 243-5200
Facsimile:   (818) 243-5266

Attorneys for Defendant, LOWE'S HOME CENTERS, LLC




FILED

MAR -6 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DUBE, SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Corp., dba LOWE'S HOME CENTER STORE #2278,<br><br>Defendants. | CASE NO.: 1:14-CV-01900-JAM-SAB<br><br>(Tulare County Superior Court Case No.: 257401)<br><br>**STIPULATION CAPPING PLAINTIFF'S DAMAGES/ RECOVERY AT $75,000; AND STIPULATION TO REMAND ACTION BACK TO STATE COURT** |

1.    Plaintiff DONALD DUBE, SR. ("Plaintiff"), a resident of California, brought the instant action against Defendant LOWE'S HOME CENTERS, LLC ("Defendant"), a North Carolina limited liability company, in the Superior Court of California, County of Tulare.

2.    Plaintiff claims personal injuries arising out of negligence and premises liability causes of action which allegedly occurred on the premises of Defendant's retail store located in Porterville, California.

3.    Plaintiff acknowledges that he originally claimed damages in excess of $75,000.00.

4.    Defendant removed this matter to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§1332, 1441 and 1367.

STIPULATION CAPPING PLAINTIFF'S DAMAGES/RECOVERY    DONALD DUBE, SR. v. LOWE'S, et al
AT $75,000 AND STIPULATION TO REMAND MATTER BACK    1:14-CV-01900-SAB
TO STATE COURT

5. Plaintiff hereby wishes to enter into a Stipulation capping his damages in this action at $75,000.00.

6. Defendant enters into this Stipulation to remand this matter back to the Superior Court of California, County of Tulare.

**THEREFORE, IT IS HEREBY STIPULATED** by the parties and their respective counsel of record, that in consideration for Defendant's agreement to stipulate to remand this matter to State Court and other consideration:

1. Plaintiff hereby agrees and stipulates that his damages, resulting from the alleged incident that occurred on Defendant's premises on or about August 15, 2012, that are the subject of the within action (formerly Tulare County Superior Court Case No.: 257401) (hereinafter "the litigation"), are hereby capped at $75,000.00.

2. Plaintiff hereby agrees and stipulates that if his damages should exceed $75,000.00, he hereby waives the right to claim such damages as a result of the litigation.

3. Plaintiff hereby agrees and stipulates that his recovery of damages in the litigation, including but not limited to economic damages and non-economic damages, are hereby capped at $75,000.00.

4. Plaintiff hereby agrees and stipulates that if his recovery of damages in the litigation should exceed $75,000.00, either by verdict or other means, he hereby waives the right to recover any such damages in excess of $75,000.00.

5. Plaintiff hereby agrees and stipulates that should any award or judgment be rendered or entered against Defendant with damages in excess of $75,000.00, he will execute any necessary documents to reduce such award or judgment to $75,000.00 in damages, and will not execute on any award or judgment in excess of $75,000.00 in damages. The $75,000 cap to recovery of damages does not in any way limit the amount of attorneys' fees and costs that may be awarded to and recovered by Plaintiff.

2

STIPULATION CAPPING PLAINTIFF'S DAMAGES/RECOVERY     DONALD DUBE, SR. v. LOWE'S, et al
AT $75,000 AND STIPULATION TO REMAND MATTER BACK     1:14-CV-01900-SAB
TO STATE COURT

6. Plaintiff hereby expressly waives the right to avoid the terms of this stipulation or to modify the stipulation based on newly-discovered or unknown fact.

7. Defendant hereby agrees and stipulates that the matter may be remanded back to the Tulare County Superior Court, Case No.: 257401.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 5, 2015

LERNER, MOORE, SILVA, CUNNINGHAM & RUBEL

By: _____
DARLA A. CUNNINGHAM
Attorney for Plaintiff,
DONALD DUBE, SR.

Dated: March 5, 2015

By: _____
DONALD DUBE, SR.
Plaintiff

Dated: February ___, 2015

BRADLEY & GEMLICH

By: _____
JONATHAN A. ROSS
LAURA M. LEFEUVRE
Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

3

STIPULATION CAPPING PLAINTIFF'S DAMAGES/RECOVERY AT $75,000 AND STIPULATION TO REMAND MATTER BACK TO STATE COURT

DONALD DUBE, SR. v. LOWE'S, et al
1:14-CV-01900-SAB

6. Plaintiff hereby expressly waives the right to avoid the terms of this stipulation or to modify the stipulation based on newly-discovered or unknown fact.

7. Defendant hereby agrees and stipulates that the matter may be remanded back to the Tulare County Superior Court, Case No.: 257401.

**IT IS SO STIPULATED AND AGREED.**

Dated: February ___, 2015                    LERNER, MOORE, SILVA,
                                             CUNNINGHAM & RUBEL


By: _____
    DARLA A. CUNNINGHAM
    Attorney for Plaintiff,
    DONALD DUBE, SR.

Dated: February ___, 2015


By: _____
    DONALD DUBE, SR.
    Plaintiff


Dated: ~~February~~ March 5, 2015            BRADLEY & GEMLICH


By: _/s/ Laura Lefeuvre_____
    JONATHAN A. ROSS
    LAURA M. LEFEUVRE
    Attorneys for Defendant,
    LOWE'S HOME CENTERS, LLC

BRADLEY & GMELICH

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, California 91203.

On March 5, 2015, I served true copies of the following document(s) described as **STIPULATION CAPPING PLAINTIFF'S DAMAGES/RECOVERY AT $75,000; AND STIPULATION TO REMAND ACTION BACK TO STATE COURT** on the interested parties in this action as follows:

Darla A. Cunningham, Esq.
Lerner, Moore, Silva, Cunningham & Rubel
141 North Arrowhead Avenue, Suite 1
San Bernardino, CA 92408
Telephone: (909) 889-1131
Facsimile: (909) 383-7761
E-Mail: dcunningham@injuryatwork.com
*Attorney for Plaintiff, Donald Dube, Sr.*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 5, 2015, at Glendale, California.

*/s/ Patricia J. Morse*
Patricia J. Morse

---

STIPULATION CAPPING PLAINTIFF'S DAMAGES/RECOVERY AT $75,000 AND STIPULATION TO REMAND MATTER BACK TO STATE COURT

DONALD DUBE, SR. v. LOWE'S, et al
1:14-CV-01900-SAB

Jonathan A. Ross, Esq., State Bar No. 146973
 jross@bglawyers.com
Laura M. LeFeuvre, Esq., State Bar No. 291964
 llefeuvre@bglawyers.com
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone: (818) 243-5200
Facsimile: (818) 243-5266

Attorneys for Defendant, LOWE'S
HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DUBE, SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Corp., dba LOWE'S HOME CENTER STORE #2278,<br><br>Defendants. | CASE NO.: 1:14-CV-01900-JAM-SAB<br><br>(Tulare County Superior Court Case No.: 257401)<br><br>[PROPOSED] REMAND ORDER |

## I. BACKGROUND

On August 7, 2014, Plaintiff DONALD DUBE, SR. ("Plaintiff") commenced the above-entitled civil action in the Superior Court for the County of Tulare by filing a Complaint therein entitled *Donald Dube, Sr., an individual v. Lowe's Home Centers, LLC, a North Carolina Corp., dba Lowe's Home Centers Store #2278, and Does 1 to 100, inclusive,* Case No. 257401. Plaintiff's complaint for negligence and premises liability arises from an alleged incident on August 15, 2012, at Defendant's retail store in Porterville, California. On that date, Plaintiff alleges that he suffered injury when he slipped and fell in the Garden Department of the subject store. Plaintiff attributes his injuries to the alleged negligence of Defendant as he maintains that Lowe's negligent conduct created a dangerous condition that resulted

in the slip and fall. Specifically, Plaintiff contends that Defendant had a pattern and practice of over-watering its plants in the Garden Department, which created a pooling of water that encroached into common walkways. Plaintiff further contends that Defendant continuously over-watered its plants and unmonitored the pooling of water, which created a gathering of moss and a stagnant substance on the walkway. As a direct and legal result of Defendant's alleged negligence, Plaintiff claims that he was substantially injured, incurring medical bills and sustain loss of earnings, loss of earning capacity, and non-economic damages.

On November 7, 2014, Plaintiff filed his Statement of Damages on Defendant. Plaintiff's Statement of Damages unequivocally stated that he sought more than $1,020,000.00 in combined special and general compensatory damages. Based on this "other paper", Defendant determined that the amount in controversy exceeded the $75,000.00 statutory minimum. Accordingly, Defendant removed the matter to Federal Court pursuant to 28 U.S.C. §§1332, 1441, and 1367.

The parties have now agreed and stipulate to limit any and all recovery of damages by Plaintiff DONALD DUBE, SR. in this matter at $75,000 or less, as evidenced by the Stipulation Capping Plaintiff's Damages and Recovery at $75,000, executed by both Plaintiff DONALD DUBE, SR. and his counsel, Darla A. Cunningham, Esq.

The parties have now agreed and stipulate to remand this case to the Tulare County Superior Court, Case No. 257401.

## II. ANALYSIS

United States Code, Title 28, Section 1447(c), provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall be remanded.*" (Emphasis added.) In light of the parties' stipulation limiting any and all recovery by Plaintiff DONALD DUBE, SR. to $75,000 or less, this Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). *See Bruns v. NCUA*

2

122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary.")

### III. CONCLUSION

Because the amount in controversy does not exceed $75,000, this Court lacks subject matter jurisdiction in the present case. Accordingly, the case is **REMANDED** to the Tulare County Superior Court, Case No. 257401.

IT SO ORDERED this 6th day of March, 2015.

_____
United States District Court Judge

Submitted by:

BRADLEY & GMELICH

By: _____
Jonathan A. Ross
Laura M. LeFeuvre
Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC